```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  **v.**                         **Crim. Action No.: 1:18CR47-9**
                                                 **1:19MC12**
                                                **(Judge Kleeh)**

**BRITTANY MILES,**

       **Defendant.**

**ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DRUG COURT
COMPLETION AND SCHEDULING SENTENCING HEARING**

On July 29, 2021, United States Magistrate Judge Michael J. Aloi issued his *Order and Report and Recommendation Concerning Defendant's Drug Court Completion* ("R&R") [Dkt. No. 721], recommending that the case be remanded to the District Court for sentencing upon Defendant's completion of the Clarksburg Drug Court Program. As of August 2, 2021, Defendant Brittany Miles successfully completed the requirements of the Drug Court Program. [Dkt. No. 721].

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R.  He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R.  Neither the Defendant nor the Government filed objections to the R&R.

**ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S DRUG COURT COMPLETION AND SCHEDULING SENTENCING HEARING**

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [Dkt. No. 721] and schedules Defendant for a sentencing hearing on **October 20, 2021**, at **1:00 p.m.** at the **Clarksburg, West Virginia**, point of holding court.

The Court **ORDERS** that prior to sentencing, counsel for Defendant review with him/her the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

The Office of Probation shall submit any addendum to the presentence investigation report to the Court on or before **October 7, 2021;** and

Counsel may file any written sentencing memorandum or statements on or before **October 7, 2021.**

If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED**.

**ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S DRUG COURT COMPLETION AND SCHEDULING SENTENCING HEARING**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: August 16, 2021

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE